IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF
AMERICA for the use and
benefit of CENTURY
READY MIX CORP                                                                          PLAINTIFF


VS.                            CASE NO. 08-1046


NORTH AMERICAN
SPECIALITY INSURANCE
COMPANY                                                                                 DEFENDANT

### ORDER

    Before the Court is the Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to Join a Party by Defendant North American Speciality Insurance Company. (Doc. 3). Plaintiff Century Ready Mix Corporation responded. (Doc. 6). For reasons stated in the Memorandum Opinion of even date, Defendant North American Speciality Insurance Company's Motion to Dismiss is **DENIED**. The Court orders that Plaintiff serve process on Washington International Insurance Company as the appropriate defendant in this action, pursuant to Federal Rule of Civil Procedure 19(a)(2).

    IT IS SO ORDERED, this 11th day of March, 2009.

    /s/ Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge